# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SUSAN TAYLOR MARTIN AND
JEFFREY G. MARTIN

NO.   2020 CW 1075

VERSUS

LANGE WALKER ALLEN, II,
EDWARD A. ALLEN, AND JOHN A.
HOLLISTER

**MARCH 3, 2021**

---

In Re:   John  A.  Hollister,  applying  for  supervisory  writs,
22nd  Judicial  District  Court,  Parish  of  St.  Tammany,
No. 201711719.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT  DISMISSED.**  This  writ  application  is  dismissed
pursuant  to  relator's  correspondence  advising  that  the
parties  have  now  executed  a  final  settlement  and  release  in
this matter, and this writ application is now moot.

**MRT
EW
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT